430

710 A.2d 1138

Teri DOYLE and Isaac Harbarger, Administrators of the Estate
of Nathan Harbarger, deceased, and Teri Doyle and Isaac
Harbarger, in their own right, Respondents,

v.

James TESAURO, Jr., and Evelyn Tesauro, his wife,
T/D/B/A Shady Grove Park, Petitioners.

Supreme Court of Pennsylvania.

June 4, 1998.

As Amended June 9, 1998.

## *ORDER*

PER CURIAM

AND NOW, this 4th day of June, 1998, the Petition for
Allowance of Appeal is **GRANTED**, the Order of the Superior
Court is **REVERSED** and the matter is **REMANDED** to the
Court of Common Pleas of Fayette County consistent with
this Court's opinion in *Jacobs v. Halloran*, 551 Pa. 350, 710
A.2d 1098 (Pa.1998), *Marino v. Hackman*, 551 Pa. 369, 710
A.2d 1108 (Pa.1998) and *Shope v. Eagle*, 551 Pa. 360, 710 A.2d
1104 (Pa.1998).